IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

---

ROBERT VILLIER,

    Plaintiff,

v.                                     CASE NO. 2:12-cv-00344
                                          JURY DEMANDED

DAWN OF HOPE, INC.,

    Defendant.

---

## JOINT STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Robert Villier and Defendant Dawn of Hope, Inc., hereby stipulate and agree that said action shall be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**s/Philip R. Baker**
Philip R. Baker, BPR No. 022007
Attorney for Defendant,
Dawn of Hope, Inc.
Ensley, Baker & Shade, PLLC
203 Broyles Drive, Suite 201
Johnson City, TN 37601
Ph: (423) 631-0550
Fax: (423) 631-0555
pbaker@ensleybakershade.com

          **s/E. Patrick Hull**
E. Patrick Hull, BPR No. 004437
Attorney for Plaintiff
229 E. New Street
P.O. Box 1388
Kingsport, TN 37662
Ph: (423) 247-6151
Fax: (423) 247-6152
Email: pat@hull-firm.com

CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2013, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US Mail. Parties may access this filing through the Court's electronic filing system.

          s/Philip R. Baker
Philip R. Baker, BPR #022007
Ensley, Baker & Shade, PLLC
203 Broyles Drive, Suite 201
Johnson City, Tennessee 37601
(423) 631-0550

2